THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUANE GONDER, ADC #147996**             **PLAINTIFF**

v.            **Case No. 4:20-cv-00390-KGB**

**H. DAVID YOUNG,** *et al.*           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Duane Gonder's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 2nd day of July, 2020.

_____
Kristine G. Baker
United States District Judge